**No. 59453.**—Baar & Beards, Inc., and Taub, Hummel & Schnall, Inc., et al. *v.* United States, protests 174333–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares or scarves similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59455.**—International Linen Co. and James G. Wiley et al. *v.* United States, protests 184234–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59456.**—Baar & Beards, Inc., et al. *v.* United States, protests 194806–K, etc. (New York).